IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
v. ) CR. No. CR 07 017S
) In Violation of 18 U.S.C. § 471
)
THERESA LERCH )

FILED
FEB - 2 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**INFORMATION**

The United States Attorney charges that:

**COUNT I**

From a time unknown, up to and including May 11, 2006, Defendant THERESA LERCH, with intent to defraud, did counterfeit, falsely make and forge obligations of the United States, that is, Defendant falsely made, forged and counterfeited approximately thirty-two one hundred-dollar Federal Reserve Notes bearing serial number B81801057C, series 1985; in violation of 18 U.S.C. § 471.

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

LUIS M. MATOS
Assistant U.S. Attorney
Criminal Chief

STEPHANIE S. BROWNE
Assistant U.S. Attorney

2 Feb 07
DATE