O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

RECEIVED
2007
U.S. DISTRICT COURT
DISTRICT OF R.I.

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
THERESA LERCH

WAIVER OF INDICTMENT

CASE NUMBER: CR 07 017S

I, Theresa Lerch, the above named defendant, who is accused of

intent to defraud, did counterfeit, falsely make and forge obligations of the United States, that is, Defendant falsely made, forged and counterfeited approximately thirty-two one hundred-dollar Federal Reserve Notes, in violation of 18 U.S.C. Section 471

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 12 February 07 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

[signature]
Defendant
THERESA LERCH

[signature] RI Bar # 4258
Counsel for Defendant
WILLIAM J. MURPHY, ESQUIRE

Before [signature]
Judicial Officer
USMJ