**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | **NO.: 1:07-CR-17S** |
| | : | |
| **THERESA A. LERCH** | : | |

**NOTICE OF INTENTION TO PLEA**

Now comes the Defendant, Theresa A. Lerch, in the above-entitled matter and hereby notices this Honorable Court of her intention to plead guilty to the one count Criminal Information that has been filed against her.

Respectfully submitted,
Theresa A. Lerch.
By her attorney,

/s/ William J. Murphy
William J. Murphy #4258
Murphy & Fay, LLP
127 Dorrance Street – 2nd Floor
Providence, Rhode Island 02903
Telephone: 401-490-3200
Facsimile: 401-490-3207

**CERTIFICATION**

I the undersigned hereby certify a true copy of the above Notice of Intent was electronically filed and emailed to the attorney of record on this 19th day of March, 2007.

/s/ Donna M. Rogers