**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | **NO.: 1:07-CR-17S** |
| | : | |
| **THERESA A. LERCH** | : | |

**MOTION FOR SENTENCE CONSIDERATION/VARIANCE**

Now comes Theresa Lerch, Defendant in the above-captioned matter, pursuant to Local Rule of Criminal Procedure 32 (2006), and respectfully requests this Honorable Court to consider and impose a sentence that is sufficient, but not greater than necessary, to comply with the mandates of 18 U.S.C. § 3553(a). Ms. Lerch respectfully suggests that the advisory guideline calculations call for a sentence longer than what is necessary to comply with 18 U.S.C. § 3553(a).

Respectfully submitted,
Theresa A. Lerch.
By her attorney,

/s/ William J. Murphy
William J. Murphy #4258
Murphy & Fay, LLP
127 Dorrance Street – 2nd Floor
Providence, Rhode Island 02903
Telephone: 401-490-3200
Facsimile: 401-490-3207

**C E R T I F I C A T I O N**

I the undersigned hereby certify a true copy of the above Motion for Sentence Consideration/Variance was electronically filed and emailed to the attorney of record on this 19th day of June, 2007.

/s/ Donna M. Rogers