**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | **NO.: 1:07-CR-17S** |
| | : | |
| **THERESA A. LERCH** | : | |

**MEMORANDUM IN SUPPORT OF**
**MOTION FOR SENTENCE CONSIDERATION/VARIANCE**

The Defendant, Theresa Lerch, is a forty-seven (47) year old woman who has no prior criminal record. (Ms. Lerch did plea to related charges in the Palmer District Court, Palmer, MA on October 25, 2005. The Palmer District Court case was continued without a finding.)

Ms. Lerch cooperated with the Bromfield, Massachusetts police and with agents of the United States Secret Service who questioned her regarding her passing counterfeit One Hundred ($100.00) dollar bills. Ms. Lerch detailed her involvement to the law-enforcement officers and consented to a search of her home and allowed the United States Secret Service Agents to search her computer equipment that was used to generate the counterfeit notes.

Since her arrest date of June 1, 2005, Ms. Lerch abided all terms placed on her by the Palmer District Court. Ms. Lerch has followed all of the conditions that were placed on her at her arraignment on February 12, 2007, by this Honorable Court.

The Defendant has shown respect for law-enforcement by cooperating and detailing her involvement in the offense conduct. Ms. Lerch has shown her respect for the Court by immediately accepting responsibility for the instant offense and allowing the Court to direct its resources to other cases.

The embarrassment that this case has caused Ms. Lerch and her family is an adequate deterrent to prevent her from committing any further type of criminal behavior. The Defendant's lack of any prior criminal contact ensures that the public will not be harmed from any further crimes by her.

In the Massachusetts matter all restitution and court costs have been paid. (Case # 0543 CR 001203 Palmer District Court).

A sentence of incarceration in this matter will not benefit society. Ms. Lerch has plead now in two courts for her actions on May 11, 2005. She has successfully completed one sentence and a term of imprisonment in this case is greater than necessary to comply with the purposes set forth in 18 U.S.C. § 3553(a).

There are other factors that should be considered by this Court for the sentencing of Ms. Lerch. She is an individual, as evidenced by the PSI, who has suffered psychologically for years as a result of being sexually assaulted for several years as a child by a family member. Ms. Lerch maintains successful gainful employment and a term of imprisonment will have a devastating effect on her employment prospects. It is the understanding of the defense that the government most likely will be satisfied with a term of probation.

Ms. Lerch respectfully requests this Court to place her on a term of probation along with community service.

Respectfully submitted,
Theresa A. Lerch.
By her attorney,

/s/ William J. Murphy
William J. Murphy #4258
Murphy & Fay, LLP
127 Dorrance Street – 2nd Floor
Providence, Rhode Island 02903
Telephone: 401-490-3200
Facsimile: 401-490-3207

**C E R T I F I C A T I O N**

I the undersigned hereby certify a true copy of the above Motion for Sentence Consideration/Variance was electronically filed and emailed to the attorney of record on this 19th day of June, 2007.

/s/ Donna M. Rogers